**NOTE CHANGES MADE BY THE COURT**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LOPEZ and JOHN SMITHSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEENAN & ASSOCIATES,<br><br>Defendant. | Case No. 2:24-cv-01573-MCS-DTB<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASES PENDING FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (ECF NO. 14)**<br><br>Complaint filed:   February 26, 2024 |

1  Upon consideration of the Parties' Joint Stipulation to Stay Case Pending Final
2  Approval of Proposed Class Action Settlement, and good cause appearing, it is
3  **ORDERED** that the Stipulation is **GRANTED.** The above-captioned action is
4  hereby stayed pending final approval of the proposed class action settlement.
5  Defendant is hereby **ORDERED** to file a status report with the Court within three
6  business days after the Los Angeles County Superior Court addresses whether to
7  grant final approval to the settlement. **<u>For case administration purposes only, the</u>**
8  **<u>Court directs the Clerk to close the case.</u>**

9  **IT IS SO ORDERED on this 4th day of June, 2024.**

*/s/ Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE